UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANCHEZ,

    Petitioner,

v.

UNKNOWN,

    Respondent.

Case No. 24-cv-08127-TLT

**ORDER OF DISMISSAL**

Petitioner, who does not appear to be in detention, filed a letter with the Court dated November 8, 2024, which the Court construed as an attempt to file a petition for writ of habeas corpus. Dkt. No. 1. The Clerk of the Court informed plaintiff that this action was deficient because (1) he had not submitted his petition on the proper form; and (2) he had not submitted an *in forma pauperis* application or paid the filing fee. Dkt. Nos. 2, 3. The Court informed petitioner that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and petitioner has not submitted the required documents.

The Court therefore dismisses this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain both (1) a petition on the proper form and (2) either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: January 23, 2025

TRINA L. THOMPSON
United States District Judge